STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

James Steven Gates
Morrow, Gates, & Morrow
P. O. Drawer 219
Opelousas LA 70571-0219

**REHEARING ACTION: October 28, 2015**

**Docket Number: 15   00663-CW**

**ANGELA RAMEY HUTCHINSON, ET AL.**
**VERSUS**
**LOUISIANA DEPARTMENT OF EDUCATION,**
**ET AL.**

**Writ Application from Rapides Parish Case No. 251,419**

**BEFORE JUDGES:**

    **Hon. Elizabeth A. Pickett**
    **Hon. Shannon J. Gremillion**
    **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Angela Ramey Hutchinson** has this day been

    **DENIED.**

cc: Hon. James David Caldwell, Counsel for the Applicant
   Leanne Broussard, Counsel for the Applicant